# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-4037

_____

United States of America,          *
                                   *
          Appellee,                *   Appeal from the United States
                                   *   District Court for the
     v.                            *   Northern District of Iowa.
                                   *
Robert Wade,                       *   [UNPUBLISHED]
                                   *
          Appellant.               *

_____

Submitted:  April 4, 2005
    Filed:  April 8, 2005

_____

Before SMITH, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

     Robert Wade appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion. As the court correctly concluded, Wade's sentence is not affected by Amendment 591 to the Sentencing Guidelines. We therefore affirm the judgment of the district court. See 8th Cir. R. 47B. Wade's appellate motion is denied as moot.

_____

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.